# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor,<br><br>　　　　Plaintiff,<br><br>　　Vs.<br><br>American Legacy Partners, Inc., Jeremy Wilson Individually, Mark Merritt Individually and John Does 1-10<br><br>　　　　Defendants. | C/A No: 2025-cv-0553-JD-MGB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF JEREMY WILSON WITHOUT PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jay Connor ("Connor") hereby gives notice of the voluntary dismissal of Defendant Jeremy Wilson ("Wilson") without prejudice in the above-captioned action. This dismissal does not include American Legacy Partners, Inc., Mark Merritt or John Does 1-10.

Dated: April 10, 2025

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Jay Connor*
　　　　　　　　　　　　　　　　　　Jay C. Connor Plaintiff, *Pro Se*
　　　　　　　　　　　　　　　　　　Jayc650@hush.com
　　　　　　　　　　　　　　　　　　215 East Bay Street 201-F
　　　　　　　　　　　　　　　　　　Charleston, SC 29401
　　　　　　　　　　　　　　　　　　Telephone: (843) 557-5724 (Residential)