*Sheriff*
*Chad Hawkins*
*Gaston County*



Gaston County Sheriff's Office
425 Dr. Martin Luther King Jr. Way
Gastonia, NC 28052
Telephone: 704-869-6800 Opt 5 Fax:
704-862-6633

## Civil Process Section

---

**NORTH CAROLINA**                              ☒ Affidavit of Service

**GASTON COUNTY**                               ☐ Affidavit of Non-Service

_____M. Erwin 6195_____, being first duly sworn deposes and says that he/she is a citizen and resident of the United States of America; he/she is and was an authorized process server in Gaston County, North Carolina; he/she was over the age of twenty-one years; he/she is and was not a party not interested in this action.

This affiant received the said  **SUMMONS/COMPLAINT**

on the __21ST__ day of __April__ 2025 to be served on __AMERICAN LEGACY PARTNERS, INC VIA MARK MERRITT__

and returned as follows:

☒ personally served the same on __American Legacy Partners inc (via Mark Merritt)__ on the __23rd__ day of __April__, 2025

☐ served the same on _____ by leaving copies with _____ on the ___ day of _____, 2025

☐ unable to serve for the following reason: _____

Sworn to and subscribed before me this
__23__ day of __April__, 2025

__Yvonne Lowry__
Notary Public
My Commission Expires: __June 4, 2028__

Chad Hawkins
Gaston County Sheriff

By: _____ 6195 _____
           Deputy Sheriff

Rev. 12/24

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina ▼

| | |
|---|---|
| Jay Connor <br><br> *Plaintiff(s)* <br> v. <br> American Legacy Partners, Inc., Jeremy Wilson Individually, Mark Merritt Individually and John Does 1-10 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:25-cv-00553-JD-MGB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* American Legacy Partners, Inc.
302 Carmel Hills Drive
Gastonia, NC 28056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
jayc650@hush.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/19/2025

*Signature of Clerk or Deputy Clerk*