*Sheriff*
*Chad Hawkins*
*Gaston County*



Gaston County Sheriff's Office
425 Dr. Martin Luther King Jr. Way
Gastonia, NC 28052
Telephone: 704-869-6800 Opt 5 Fax:
704-862-6633

2025 APR 30 PM 1:28

Civil Process Section

---

**NORTH CAROLINA**                                 ☒ Affidavit of Service

**GASTON COUNTY**                                  ☐ Affidavit of Non-Service

___J.B. Canipe 6171___, being first duly sworn deposes and says that he/she is a citizen and resident of the United States of America; he/she is and was an authorized process server in Gaston County, North Carolina; he/she was over the age of twenty-one years; he/she is and was not a party not interested in this action.

This affiant received the said ___SUMMONS/COMPLAINT___ on the __24TH__ day of __February__ 2025 to be served on ___MARK MERRITT___ and returned as follows:

☒ personally served the same on ___Mark Merritt___ on the __25__ day of ___Feb___, 2025

☐ served the same on _____ by leaving copies with _____ on the _____ day of _____, 2025

☐ unable to serve for the following reason: [____]

Sworn to and subscribed before me this __25__ day of __Feb__, 2025

___Yvonne Lowry___
Notary Public
My Commission Expires: __June 4, 2028__

Chad Hawkins
Gaston County Sheriff

By: ___J.B. Canipe 6171___
      Deputy Sheriff

Rev. 12/24

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina ▼

| | |
|---|---|
| Jay Connor  )  )  )  )  *Plaintiff(s)*  )  v.  )  American Legacy Partners, Inc., Jeremy Wilson  )  Individually, Mark Merritt Individually and John Does  )  1-10  )  )  *Defendant(s)*  ) | Civil Action No. 2:25-cv-00553-JD-MGB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mark Merritt
302 Carmel Hills Drive
Gastonia, NC 28056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
jayc650@hush.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/19/2025

*Signature of Clerk or Deputy Clerk*

$30