UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

2025 MAY 15 PM 2: 03

| | |
|---|---|
| Jay Connor,<br><br>    Plaintiff,<br><br>Vs.<br><br>American Legacy Partners, Inc., Jeremy Wilson Individually, Mark Merritt Individually and John Does 1-10<br><br>    Defendants. | C/A No: 2:25-cv-0553-JD-MGB<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

Plaintiff requests the Clerk of Court enter default against Defendant Mark Merritt pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Rule 55.01. The Defendant has not filed a responsive pleading to the Complaint in this case. The time for serving a responsive pleading for the Defendant has passed. This request is supported by an affidavit attached as an Exhibit to this request.

Respectfully submitted,

Jay C. Connor

Jay C. Connor
215 East Bay Street 201-F
Charleston, SC 29401
843-557-5724 (Residential)
Jayc650@hush.com

May 15, 2025