UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor,<br><br>   Plaintiff,<br><br>Vs.<br><br>American Legacy Partners, Inc., Jeremy Wilson Individually, Mark Merritt Individually and John Does 1-10<br><br>   Defendants. | C/A No: 2:25-cv-553-JD-MGB<br><br>**AFFIDAVIT OF PLAINTIFF IN SUPPORT OF ENTRY OF DEFAULT** |

I, Jay C. Connor, being duly sworn, say:

1. I am the Plaintiff pro se in the above action.

2. A copy of the Federal Court Summons and Complaint was served on Defendant Mark Merritt on February 25, 2025, and the return of service was filed on April 30, 2025. (ECF Doc. 14).

3. Defendant Mark Merritt has not filed an Answer or otherwise responded to the Complaint and the time within which to do so has expired.

AND NOTHING FURTHER.

_____
Jay Connor

Sworn before me this 15th day of May 2025.

_____
Notary Public for South Carolina
My commission expires: 9/27/28