Certificate of Service

I, Jay Connor, hereby certify that on March 16, 2025, a copy of the foregoing was sent by U.S. Mail to American Legacy Partners, Inc. at 302 Carmel Hills Drive Gastonia, NC 28056 and 5060 Kentwood Drive, Gastonia, NC 28056.

*[signature: Jay Connor]*

Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
843-557-5724 (Residential)
Jayc650@hush.com