Exhibit 1

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 7578756 | Incorporation Date / Formation Date: | 7/20/2023 (mm/dd/yyyy) |
| Entity Name: | **AMERICAN LEGACY PARTNERS INC.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **UNASSIGNED AGENT** | | |
| Address: | | | |
| City: | | County: | |
| State: | **NullValue** | Postal Code: | **95050** |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like  ○ Status  ○ Status, Tax & History Information

[ Submit ]

[ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx 1/1